UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JALAL SAEED,

        Petitioner,

vs.
        Case No. 10-CV-12030
        HON. GEORGE CARAM STEEH

ROBIN BAKER, District Director
Bureau of Immigration and
Customs Enforcement,

        Respondent.
_____/

## ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS

Petitioner Jalal Saeed filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, alleging that his continued detention by Immigration and Customs Enforcement (ICE) at the Chippewa County Jail, pending his removal to Yemen, was a violation of his constitutional rights. Respondent opposes the petition for writ of habeas corpus because petitioner is no longer in the custody of ICE. He has returned to the custody of the Michigan Department of Corrections to continue the sentence imposed for his conviction of third degree criminal sexual conduct. The petition does not challenge that conviction, or the sentence or detention related to that conviction. Because petitioner is no longer in the custody of ICE, this court is unable to grant the relief requested in the petition and petitioner no longer has an interest in the outcome of the litigation. The petitioner has been completely relieved of the detention of which he complains, therefore his case is now moot. Spencer v. Kemna, 523 U.S. 1, 18 (1998). Therefore,

IT IS HEREBY ORDERED that the petition for writ of habeas corpus is

DISMISSED.

So Ordered.

Dated: September 28, 2011

S/George Caram Steeh  
GEORGE CARAM STEEH  
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 28, 2011, by electronic and/or ordinary mail and to Jalal Saeed at Chippewa County Jail, 325 Court Street, Sault Ste Marie, MI 49783.

S/Josephine Chaffee
Deputy Clerk

---